IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY PARKER,

    Plaintiff,

-vs-

MADISON COUNTY REGIONAL
OFFICE OF EDUCATION,

    Defendant.                             NO.   10-cv-132-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the Court as a result of a jury trial that concluded on November 9, 2012.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the jury verdict returned on November 9, 2012, judgment is entered as to Counts I and III in favor of Defendant and against Plaintiff.   Counts I and III are dismissed with prejudice.  As to Count II, judgment is entered in favor of Plaintiff and against Defendant.  Compensatory damages are assessed in the amount of $100,000.00 for Plaintiff.

    **DATED: November 9, 2012**

Digitally signed by David R. Herndon
Date: 2012.11.09 15:43:14 -06'00'

David R. Herndon, Chief Judge
United States District Court