UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MARY PARKER,

    Plaintiff,

v.

MADISON COUNTY REGIONAL
OFFICE OF EDUCATION,

    Defendant.                              No. 10-cv-132-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a jury trial that was completed on November 9, 2012 and the Order entered by this Court on August 29, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on November 9, 2012 and the Order entered by this Court on August 29, 2013, judgment is entered as to Counts I and III in favor of Defendant and against Plaintiff. Counts I and III are dismissed with prejudice. As to Count II, judgment is entered in favor of Plaintiff and against Defendant. Plaintiff Parker is awarded $107,860.78 in back payments and benefits; $3,505.48 in prejudgment interest; $220,780.57 in future pay; and $100,000.00 in compensatory damages as awarded by the jury, for a total judgment in damages of $432,146.83.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:      /s/*Sara Jennings*
                                                     **Deputy Clerk**

Dated: August 29, 2013

Digitally signed by David R. Herndon
Date: 2013.08.29 15:06:12 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT